# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case Nos. 5D2025-0317
5D2025-0323
LT Case Nos. 2013-034246-COCI
2014-033273-COCI

———————————————

PROGRESSIVE SELECT
INSURANCE COMPANY,

Appellant,

v.

FLORIDA HOSPITAL MEDICAL
CENTER, as Assignee of NICOLE
DURLING and EDGAR COLON,

Appellee.

———————————————

On appeal from the County Court for Volusia County.
Robert Anthony Sanders, Jr., Judge.

Joye B. Walford and Michael C. Clarke, of Kubicki Draper, P.A.,
Tampa, for Appellant.

Douglas H. Stein, of Douglas H. Stein, P.A., Coral Gables, for
Appellee.

May 19, 2026

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____